1  Michele R. Stafford, Esq. (SBN 172509)
   Erica J. Russell, Esq. (SBN 274494)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, California  94104
   Telephone: (415) 882-7900
4  Facsimile: (415) 882-9287
   Email: mstafford@sjlawcorp.com
5  Email: erussell@sjlawcorp.com

6  Attorneys for Plaintiffs, Russell E. Burns, et al.

7  Dennis B. Cook, Esq.  (SBN 093432)
   COOK BROWN, LLP
8  555 Capitol Mall, Suite 425
   Sacramento, CA 95814
9  Telephone:  (916) 442-3100
   Facsimile:  (916) 442-4227
10 Email:  dcook@cookbrown.com

11 Attorneys for Defendants, Statewide Construction
   Sweeping, Inc., et al.
12

13                     UNITED STATES DISTRICT COURT

14                     NORTHERN DISTRICT OF CALIFORNIA

15 | RUSSELL E. BURNS, et al.,              | Case No. C14-4738 PJH
16 |          Plaintiffs,                   | **STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT UNIVERSAL SITE SERVICES, INC. ONLY;**
17 |     v.                                 |
18 | STATEWIDE CONSTRUCTION SWEEPING, INC., et al., | **[PROPOSED] ORDER THEREON**
19 |          Defendants.                   |
20

21     PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1)(ii), Plaintiffs Russell E.

22 Burns, et al., and Defendant Universal Site Services, Inc.,  a California corporation ("Universal"),

23 through their attorneys, reached a settlement and, stipulate to the voluntary dismissal of this action as to

24 Defendant Universal only, in its entirety, without prejudice.

25     //

26     //

27     //

28

                                            1
**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO UNIVERSAL SITE SERVICES, INC. ONLY**
**Case No. C14-4738 PJH**

Plaintiffs have not previously filed or dismissed any similar action against Defendant Universal.

DATED: October 7, 2015                                SALTZMAN & JOHNSON LAW CORPORATION

By: _____/S/_____
Erica J. Russell
Attorneys for Plaintiffs, Russell E. Burns, et al

DATED: October 7, 2015

COOK BROWN, LLP

By: _____/S/_____
Dennis B. Cook
Attorneys for Defendant Universal Site Services, Inc.

Based on the foregoing, IT IS SO ORDERED.

This case is hereby dismissed without prejudice, as to Defendant Universal Site Services, Inc., a California corporation, only.

DATED: <u>October 13</u>, 2015

_____
HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

*APPROVED — Judge Phyllis J. Hamilton — United States District Court, Northern District of California*

---

2
**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO UNIVERSAL SITE SERVICES, INC. ONLY**
**Case No. C14-4738 PJH**